# Court of Appeals
# of the State of Georgia

ATLANTA,__July 06, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1507. MACEO WILLIAMS v. DESIREE CHRISTY et al.

In 2022, Maceo Williams sued Desiree Christy and several other parties. On March 8, 2023, the trial court entered an order dismissing Williams's complaint for want of prosecution. On April 26, 2023, Williams filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Williams filed the notice of appeal 49 days after entry of the trial court's order. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__07/06/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.